NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

ANGELO WHITE,                    )
                                 )
          Appellant,             )
                                 )
v.                               )          Case No. 2D18-2787
                                 )
STATE OF FLORIDA,                )
                                 )
          Appellee.              )
_____)

Opinion filed May 10, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Polk County; Mark F. Carpanini, Judge.

Angelo White, pro se.

PER CURIAM.

          Affirmed.

LaROSE, C.J., and CASANUEVA and KHOUZAM, JJ., Concur.